```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
             -v-                          :    24cr192 (DLC)
                                          :
CORDELL BALLENGER,                        :    ORDER
                                          :
                       Defendant.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Sarah L. Cave on August 14, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that sentencing is scheduled for November 15, 2024 at 11:00 AM in Courtroom 18B, 500 Pearl Street. Defense submissions are due November 1, and Government submissions are due November 8.

Dated:  New York, New York
        August 16, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge