```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :    24cr192 (DLC)
                                         :
CORDELL BALLENGER,                       :        ORDER
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the November 21, 2024 report from Pretrial Services regarding the defendant's breathalyzer test and eviction as well as defense counsel's request of today, it is hereby

ORDERD the BOP shall expedite the defendant's designation and immediately inform him of where to report.

IT IS FURTHER ORDERED that the defendant shall surrender by 2:00 PM on November 26, 2024 to the designated facility or to the Marshals in this Courthouse.

Dated:    New York, New York
          November 22, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge